IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
2:15-MJ-1076-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CLAIRE K. McRAE | ) | |

This matter comes before the Court on defendant Claire McRae's motion for permission to leave the judicial district. Defendant pled guilty to a violation of 36 C.F.R. 4.23(a)(2), operating a motor vehicle with a blood alcohol content over .08, on December 7, 2015. That same day, she was sentenced to 12 months of supervised probation and a $400 fine. One of the conditions of her probation was that she not leave the judicial district without permission of the Court or her probation officer.

Defendant now requests permission to leave the judicial district from January 9, 2016, through January 17, 2016, to attend a previously scheduled trip with her family to the Caribbean to celebrate her college graduation. Neither the government nor defendant's probation officer objects to defendant's request. Therefore, for good cause shown, defendant's motion [DE 13] is GRANTED, and Ms. McRae is permitted to leave the judicial district from January 9, 2016, through January 17, 2016, solely to attend the trip referenced in said motion.

SO ORDERED, this __4__ day of January, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE